■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM O'HARROW, Appellant. (Appeal No. 2.) [966 NYS2d 731]— Appeal from a resentence of the Niagara County Court (Sara S. Farkas, J.), rendered December 7, 2011. Defendant was resentenced upon his conviction of burglary in the third degree.

It is hereby ordered that the resentence so appealed from is unanimously affirmed.

Same memorandum as in *People v O'Harrow* (107 AD3d 1601 [2013]). Present—Centra, J.P., Peradotto, Sconiers, Valentino and Whalen, JJ.